# EXHIBIT A



**LICENSE TO CARRY FIREARMS WORK SHEET** — **G 13 - S** — **BPD SWORN ONLY**

Name: **HIGHTOWER, Stacey**
  Last / First / Middle
Date of Birth: ___ / ___ / ___
Maiden Name: _____
Place of Birth: _____
Residence: _____
City: _____ Zip Code: _____
Phone: _____
Naturalized Citizen: Yes _____ / No: X
Date of Naturalization: ___ / ___ / ___
Drivers License Number: _____
Social Security Number: _____
M/F? **F** Hair: **BRN** Eyes: **BRN**
Wt: **160** Ht: **5-05** Complexion: **MED**
Rank: **09/Patrol Officer**
Identification (ID) Number: _____
Assignment: **B2**
Date Of Appointment: **6/10/1998**
Work Phone: _____
Are You Renewing An Existing License? ☒ Yes ☐ No
License Number: _____
Issued By: _____
Expiration Date: ___ / ___ / ___
Restrictions: _____
Are There Any Complaints Or Charges Pending Against You? **No**
Are You Currently Under Suspension? **No**
Do You Carry A Department Firearm? ☒ Yes ☐ No
Are You Currently Subject To Any Abuse Orders Issued Under Chapter 208A or 209A Of The Massachusetts General Laws? ☐ Yes ☒ No
Order Number: _____
Issuing Court: _____
Issuance Date: _____

Application Date: **7/9/08**
AFIS Tracking # FBOS: **10078691A**
Interviewing Officer: **Ees**
Criminal History Completed: ☒ Yes ☐ No
Criminal History Located? ☒ Yes ☐ No
Date Tracking Submitted: **7/9/08**
Date Tracking Returned: **7/22/08**
DMH Check Submitted: **7/9/08**
DMH Check Returned: **OK**
Copy Of Department ID: **Attached**
Proof of Residency: Attached / Not Required
Firearms Safety Course Certificate: { } On File
  { } Attached {✓} Not Required
Applicant Printed (New Application): ☐ Yes ☒ No
Other Documents Attached or Required: _____

Reviewed By IAD: **matt**
IAD Review Date: **7-30-08**
☒ This License Is Approved Without Restrictions (ALP).
☐ This License Is Approved With The Following Listed Restrictions: _____
Approved By: _____ **8/1/08**
License #: **1220515A**
Issuance Date: _____
Expiration Date: _____
☐ This License Is Denied For The Following Reason(s): _____

Commissioner's Stamp: **Edward F Davis**
Police Commissioner

# EXHIBIT B



Via First Class & Certified Mail
Return Receipt No. 7005 3110 0002 4597 0688

One Schroeder Plaza, Boston, MA 02120-2014

08/20/2008

STACEY HIGHTOWER

DORCHESTER, MA 02124

RE: Revocation of LTC, License Number: 12203754A

Dear STACEY HIGHTOWER:

Please be advised that your license to carry (LTC) firearms, pursuant to the provisions of M.G.L. c. 140, § 131, is hereby:
  ✓ revoked / forfeited

The reason(s) for this revocation is:

✓ you completed the application form untruthfully;

As a result of this revocation you shall, in accordance with M.G.L. c. 140, § 129D, without delay, deliver or surrender to the licensing authority where you reside your licenses to carry, and all firearms, large capacity feeding devices, rifles, shotguns and ammunition which you have in your possession, or which are owned by you. Failure to do so is a criminal offense. These items may be transferred from you to a licensed dealer, or to another person who may lawfully take possession of such items, but only after said items are surrendered to the licensing authority.

You have the right to appeal this decision within 90 days to the District Court with appropriate jurisdiction. Please contact us at any time if you have any questions concerning this matter.

Sincerely,

EDWARD F. DAVIS
COMMISSIONER

cc: Commissioner of Probation,
    One Ashburton Place, Room 405, Boston, MA 02108