UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| STACEY HIGHTOWER,<br><br>        Plaintiff<br><br>  v.<br><br>CITY OF BOSTON and BOSTON<br>POLICE COMMISSIONER<br>EDWARD DAVIS,<br><br>        Defendants | CIVIL ACTION NO: 08-11955-PBS |

## ASSENTED TO MOTION TO CONTINUE
## SCHEDULING CONFERENCE

      The Defendants, City of Boston and Edward Davis, respectfully request that the Court continue the date of the scheduling conference, currently set for July 21, 2009, as counsel for the Defendants will be unavailable.  See Exhibit A, Affidavit of Counsel.

      Counsel for the Plaintiff has no objection to this request, and both counsel report their summer availability for the convenience of the Court in the accompanying Affidavit.

-2-

        Respectfully submitted:

        DEFENDANTS CITY OF BOSTON and
EDWARD DAVIS
By their attorneys:

/s/   Mary Jo Harris
Mary Jo Harris (BBO #561484)
MORGAN, BROWN & JOY, LLP
200 State Street
11th Floor
Boston, MA  02109
(617) 788-5011

mharris@morganbrown.com

Dated:  May 27, 2009

**CERTIFICATE OF SERVICE**

    I hereby certify that a copy of the foregoing document was served upon all counsel of record this date by filing with the ECF system.

/s/ Mary Jo Harris
Mary Jo Harris