UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| STACEY HIGHTOWER,<br><br>   Plaintiff<br><br> v.<br><br>CITY OF BOSTON and BOSTON<br>POLICE COMMISSIONER<br>EDWARD DAVIS,<br><br>   Defendants | CIVIL ACTION NO: 08-11955-PBS |

## AFFIDAVIT OF COUNSEL

I, Mary Jo Harris, a member in good standing of the bar of the United States District Court, hereby state as follows:

1. I am lead counsel for the Defendants City of Boston and Police Commissioner Edward Davis in the action titled *Stacey Hightower v. City of Boston et al.*, USDC No. 08-11955-PBS.

2. I received notice from the Court that this matter is set for a scheduling conference on July 21, 2009.

3. I have a planned vacation out of the country, scheduled from July 18 through August 1, 2009.

4. Counsel for the Plaintiff, Alan Gura, informed me that he has no objection to rescheduling the conference to accommodate my vacation plans.

5. Mr. Gura and I are both available August 3, 4 or 5 and August 7 through August 21, 2009.

Signed under the pains and penalties of perjury this 27th day of May, 2009.

                /s/ Mary Jo Harris
                Mary Jo Harris