# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| STACEY HIGHTOWER, | C.A. No. 08-CV-11955-PBS |
| Plaintiff, | NOTICE OF CLAIM OF UNCONSTITUTIONALITY |
| v. | |
| CITY OF BOSTON, et al., | |
| Defendants. | |

## NOTICE OF CLAIM OF UNCONSTITUTIONALITY

Comes now the Plaintiff, Stacey Hightower, by and through undersigned counsel, and serves notice pursuant to Fed. R. Civ. Proc. 5.1 that her complaint in this action calls into question the constitutionality of the M.G.L. c. 140, § 131 in that it does not afford sufficient due process with respect to the revocation or suspension of firearms licenses and the rights of Massachusetts citizens to keep and bear arms.

This notice, and Plaintiff's First Amended Complaint, are being served upon the Attorney General of Massachusetts per Fed. R. Civ. Proc. 5.1(a)(2).

Dated: July 24, 2009

Respectfully submitted,

Chester Darling (BBO # 114320)
P. O. Box 550
Andover, MA 01810
978.475.2520
Fax 978.470.2219

Alan Gura
Gura & Possessky, PLLC
101 N. Columbus Street, Suite 405
Alexandria, VA 22314
703.835.9085/Fax 703.997.7665

By: /s/ Chester Darling
Chester Darling

By: /s/Alan Gura
Alan Gura

Attorney for Plaintiffs

## PROOF OF SERVICE

On this, the 24th day of July, 2009, I served a copy of the foregoing Notice of Unconstitutionality and the Plaintiffs' First Amended Complaint via certified mail pursuant to Fed. R. Civ. P. 5.1 on the following:

Attorney General's Office
One Ashburton Place
Boston, MA 02108

I declare under penalty of perjury that the foregoing is true and correct.

Executed this the 24th day of July, 2009.
.


      /s/Alan Gura/_____
      Alan Gura