UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

CIVIL ACTION NO. 08-11955-PBS

STACEY HIGHTOWER,
    **Plaintiff**

v.

CITY OF BOSTON and BOSTON
POLICE COMMISSIONER EDWARD
DAVIS
    **Defendants**

## NOTICE OF APPEARANCE

TO THE CLERK OF THE ABOVE-NAMED COURT:

Please enter the appearance of Lisa Skehill Maki as an attorney for the Defendants, City of Boston and Edward Davis, in the above-captioned matter.

> Respectfully submitted,
> FOR THE DEFENDANTS,
> By their attorney:
> William F. Sinnott
> Corporation Counsel
>
> /s/ Lisa Skehill Maki
> Lisa Skehill Maki, BBO #675344
> Assistant Corporation Counsel
> City of Boston Law Department
> City Hall, Room 615
> Boston, MA 02201
> (617) 635-4022
> Lisa.Maki@cityofboston.gov

Dated: November 8, 2010

## CERTIFICATE OF SERVICE

I, Lisa Skehill Maki hereby certify that this document filed through the ECF system was served on all counsel of record.

Date: November 8, 2010          /s/ Lisa Skehill Maki
                                                       Lisa Skehill Maki