UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| STACEY HIGHTOWER,<br><br>                Plaintiff<br><br>   v.<br><br>CITY OF BOSTON and<br>BOSTON POLICE COMMISSIONER<br>EDWARD DAVIS,<br>                Defendants | CIVIL ACTION NO: 08-11955-PBS |

## NOTICE OF WITHDRAWAL

Kindly withdraw the appearance of Mary Jo Harris as Counsel for the Defendants, City of Boston and Boston Police Commissioner Edward Davis in the above-captioned matter.

Respectfully submitted:

DEFENDANTS CITY OF BOSTON
and EDWARD DAVIS
By their attorneys:

/s/  Mary Jo Harris
Mary Jo Harris (BBO #561484)
MORGAN, BROWN & JOY, LLP
200 State Street
11th Floor
Boston, MA  02109
(617) 788-5011

mharris@morganbrown.com

Dated:  November 10, 2010

## CERTIFICATE OF SERVICE

I hereby certify that a copy of the foregoing document was served upon all counsel of record this date by filing with the ECF system.

/s/ Mary Jo Harris
Mary Jo Harris