IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| STACEY HIGHTOWER, ) | C.A. No. 08-CV-11955-PBS |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | [PROPOSED] ORDER |
| ) | |
| CITY OF BOSTON, et al., ) | |
| ) | |
| Defendants. ) | |

[PROPOSED] ORDER

This matter came before the Court on Plaintiff's Consent Motion to re-open the case.

Having considered the matter, the motion is granted. The administrative stay in this case is lifted.

SO ORDERED.

This the 20 day of November, 2010

_____
The Hon. Patti B. Saris
United States District Judge