### IN THE UNITED STATES DISTRICT COURT
### FOR THE DISTRICT OF MASSACHUSETTS

|  |  |
|---|---|
| STACEY HIGHTOWER, )<br>)<br>Plaintiff, )<br>)<br>v. )<br>)<br>CITY OF BOSTON, et al., )<br>)<br>Defendants. )<br>) | C.A. No. 08-CV-11955-PBS<br><br>**PLAINTIFF'S MOTION FOR<br>SUMMARY JUDGMENT** |

### PLAINTIFF'S MOTION FOR SUMMARY JUDGMENT

Comes now the Plaintiff, Stacey Hightower, by and through undersigned counsel, and moves this Honorable Court for entry of a summary judgment in her favor and against Defendants pursuant to Fed. R. Civ. Proc. 56.

Plaintiff moves for entry of summary judgment on all claims as the material facts in this case are not in dispute, and Defendants have violated Plaintiffs' rights under the Second and Fourteenth Amendments to the United States Constitution.

The motion is made based upon the attached memorandum of points and authorities, exhibits, declarations, separate statement of undisputed facts, any material in the Court's files, and any other relevant matter to be considered by the Court.

|  |  |
|---|---|
| Dated: January 31, 2011 | Respectfully submitted, |
| Chester Darling (BBO # 114320)<br>9 Mayflower Drive<br>Andover, MA 01810<br>978.475.2520<br>Fax 978.475.1741 | Alan Gura<br>Gura & Possessky, PLLC<br>101 N. Columbus Street, Suite 405<br>Alexandria, VA 22314<br>703.835.9085/Fax 703.997.7665 |
| By:  /s/ Chester Darling<br>        Chester Darling | By:  /s/ Alan Gura<br>        Alan Gura |
|  | Attorneys for Plaintiff |

CERTIFICATE OF SERVICE

I, Alan Gura, hereby certify that this document filed through the ECF system was served on all counsel of record.

Date: January 31, 2011        /s/ Alan Gura
                                              Alan Gura