UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

CIVIL ACTION NO. 08-11955-PBS

STACEY HIGHTOWER,
    Plaintiff

v.

CITY OF BOSTON and BOSTON
POLICE COMMISSIONER
EDWARD DAVIS
    Defendants

## ASSENTED-TO MOTION TO EXTEND FILING DEADLINES

Now come the Defendants and hereby respectfully request that this Honorable Court extend the scheduling order filing deadlines by one-week in this case as follows:

| Deadline | Current Date | Requested Date |
|---|---|---|
| Opposition and Cross-Motion | February 28, 2011 | March 7, 2011 |
| Plaintiff's Reply | March 14, 2011 | March 21, 2011 |
| Defendants' Reply | March 28, 2011 | April 4, 2011 |

As grounds, the Defendants state that counsel for the Defendants, Lisa Maki, is currently in the midst of a six-seven day trial in Suffolk Superior Court on the case of City of Boston v. Isaac Beck, Trustee of Channel Trust et al. SUVC 2007-01949. The trial has suffered several delays due to court closures caused by inclement weather and as a result has gone longer than expected. The Defendants seek only a week-long extension to file their cross-motion for summary judgment and opposition. Plaintiff has assented to the Defendants' request for a week-long extension and seeks a one-week extension to file any reply to Defendants' cross-motion for summary judgment. The Defendants seek a one-week extension to file any reply to Plaintiff's reply. Also, this Court rescheduled the hearing date from April 7, 2011 to April 18, 2011. As such, all motions and replies will be filed with the Court by April 4, 2011, well before the April 18, 2011 hearing date.

1

Wherefore, the Defendants request that this Honorable Court extend the scheduling order filing deadlines in the manner stated above.

| | |
|---|---|
| In assent,<br>PLAINTIFF, STACEY HIGHTOWER | Respectfully submitted,<br><br>DEFENDANTS, THE CITY<br>CITY OF BOSTON and BOSTON POLICE<br>COMMISSIONER EDWARD DAVIS |
| By her attorney, | By their attorney, |
| /s/ Alan Gura<br>_____<br>Alan Gura, Esquire<br>Gura & Possessky, PLLC<br>101 N. Columbus Street, Suite 405<br>Alexandria, VA 22314<br>(703) 835-9085 | /s/ Lisa Skehill Maki<br>_____<br>Lisa Skehill Maki, BBO # 675344<br>Assistant Corporation Counsel<br>City of Boston Law Department<br>1 City Hall Plaza, Room 615<br>Boston, MA 02201<br>(617) 635-4022<br>Lisa.Maki@cityofboston.gov |

Dated: February 7, 2011

## CERTIFICATE OF SERVICE

I hereby certify that on February 7, 2011 this document filed through the CM/ECF system will be sent electronically to the registered participants as identified on the Notice of Electronic Filing and paper copies will be sent to those indicated as non-registered participants.

/s/ Lisa Skehill Maki
Lisa Skehill Maki

## LOCAL RULE 7.1 CERTIFICATION

I hereby certify that on February 2, 2011 counsel for the Defendants conferred with counsel for the Plaintiff pursuant to Local Rule 7.1 and the Plaintiff has assented to the extension sought by the Defendants.

/s/ Lisa Skehill Maki
Lisa Skehill Maki