**HIGHTOWER DEPOSITION EX. 5**



**Boston Police**
DEPARTMENT

**Police Commissioner's Personnel Order**

Number: PO 08- 366
Date: August 18, 2008
Post/Mention:

The resignation of Police Officer Stacey Hightower, ID# 12124, assigned to the Bureau of Field Services/District B-2, Org.# 42020 after being presented with charges pending is hereby effective, Friday, August 15, 2008.

Edward F. Davis
Police Commissioner

mb