# HIGHTOWER DEPOSITION EX. 6

# LICENSE TO CARRY  G 13 - S
## FIREARMS WORK SHEET   BPD SWORN ONLY


S. Hightower
12/30/10

Name: **HIGHTOWER, Stacey**
 Last           First            /Middle
Date of Birth: 03 / 27 / 1965
Maiden Name: _____
Place of Birth: Boston
Residence: P.O. BOX 200105
City: Boston   Zip Code: 02120
Phone: 617-823-0023
Naturalized Citizen: Yes ___ /No: ✗
Date of Naturalization: ___/___/___
Drivers License Number: 01058100/
Social Security Number: 01058100/
M/F? F  Hair: D.BRN  Eyes: D.BRN
Wt: 160  Ht: 5-05  Complexion: MED
Rank: 09 / Patrol Officer
Identification (ID) Number: 12124
Assignment: B2
Date Of Appointment: 6/10/1998
Work Phone: 617-343-4270
Are You Renewing An Existing License? ☒ Yes ☐ No
License Number: _____
Issued By: _____
Expiration Date: ___/___/___
Restrictions: _____
Are There Any Complaints Or Charges Pending Against You? NO
Are You Currently Under Suspension? NO
Do You Carry A Department Firearm? ☒ Yes ☐ No
Are You Currently Subject To Any Abuse Orders Issued Under Chapter 208A or 209A Of The Massachusetts General Laws? ☐ Yes ☒ No
Order Number: _____
Issuing Court: _____
Issuance Date: _____

Application Date: 7/9/08
AFIS Tracking # FBOS: 10078GA/A
Interviewing Officer: ees
Criminal History Completed: ☒ Yes ☐ No
Criminal History Located? ☒ Yes ☐ No
Date Tracking Submitted: 7/9/08
Date Tracking Returned: 7/20/08
DMH Check Submitted: 7/9/08
DMH Check Returned: OK
Copy Of Department ID: Attached
Proof of Residency: Attached / Not Required
Firearms Safety Course Certificate: { } On File
{ } Attached {✓} Not Required
Applicant Printed (New Application): ☐ Yes ☒ No
Other Documents Attached or Required: _____

Reviewed By IAD: matt
IAD Review Date: 7-30-08
☒ This License Is Approved Without Restrictions (ALP).
☐ This License Is Approved With The Following Listed Restrictions: _____
Approved By: _____
License #: 12205154/A
Issuance Date: _____
Expiration Date: _____
☐ This License Is Denied For The Following Reason(s): _____

Commissioner's Stamp: Edw F Davis
Police Commissioner

G-13 Sworn 11/06   Attachments: G-72 & G-74

COB 000346