# HIGHTOWER DEPOSITION EX. 7

**CERTIFIED MAIL RECEIPT**
(Domestic Mail Only; No Insurance Coverage Provided)

For delivery information visit our website at www.usps.com

**OFFICIAL USE**

| | |
|---|---|
| Postage | $ |
| Certified Fee | |
| Return Receipt Fee (Endorsement Required) | |
| Restricted Delivery Fee (Endorsement Required) | |
| Total Postage & Fees | $ |

Postmark Here

Sent To _Stacey Hightower_
Street, Apt. No.; or PO Box No.
City, State, ZIP+4

PS Form 3800, June 2002          See Reverse for Instructions

7008 1110 0002 4597 0688

97 0688

One Schroeder Plaza, Boston, MA 02120-2014

EXHIBIT 7
Hightower
12/30/10

08/20/2008

STACEY HIGHTOWER
63 MILTON AVE
DORCHESTER, MA 02124

RE: Revocation of LTC, License Number: 12203754A

Dear STACEY HIGHTOWER:

Please be advised that your license to carry (LTC) firearms, pursuant to the provisions of M.G.L. c. 140, § 131, is hereby:
      ✓ revoked / forfeited

The reason(s) for this revocation is:


✓ you completed the application form untruthfully;

As a result of this revocation you shall, in accordance with M.G.L. c. 140, § 129D, without delay, deliver or surrender to the licensing authority where you reside your licenses to carry, and all firearms, large capacity feeding devices, rifles, shotguns and ammunition which you have in your possession, or which are owned by you. Failure to do so is a criminal offense. These items may be transferred from you to a licensed dealer, or to another person who may lawfully take possession of such items, but only after said items are surrendered to the licensing authority.

You have the right to appeal this decision within 90 days to the District Court with appropriate jurisdiction. Please contact us at any time if you have any questions concerning this matter.


Sincerely,

EDWARD F. DAVIS
COMMISSIONER



cc:      Commissioner of Probation,
         One Ashburton Place, Room 405, Boston, MA 02108

COB 000361