**HIGHTOWER DEPOSITION EX. 8**



# The Commonwealth of Massachusetts
# Criminal History Systems Board
Firearms Record Bureau
200 Arlington Street, Suite 2200
Chelsea, MA 02150

FTN: FBOS10078691A

LIC #: 12203754A



## Application
FOR NEW/RENEWAL OF A FIREARMS IDENTIFICATION CARD OR
LICENSE TO CARRY FIREARMS OR LICENSE TO POSSES A MACHINE GUN
(MGL C.140, s.129B AND s.131)



EXHIBIT 8
S. Hightower
12/30/10

### Please Check One

\_ New Applicant

✓ Renewal - Most Recent License to Carry/FID Number: 12004352A

   Issued from Which City/Town?   BOSTON PD              MA   Expiration Date:  03/27/2008

*NOTE: If application is for first firearms identification card or license to carry firearms, a copy of the Firearms Safety Certificate or Hunter Safety Course Certificate must be attached to this application.

### Please Check the Type of License for Which You are Applying
(Please Check Only One)

\_ Firearms Identification Card - Restricted (mace and pepper spray)

\_ Firearms Identification Card

\_ Class B License to Carry - Non-Large Capacity

✓ Class A License to Carry - Large Capacity

\_ License to Possess a Machine Gun

\_ Check if a Class A Gun Club License *NOTE: Only the Colonel of the State Police can issue a club license.

### Except for Signature, Print or Type all Requested Information

| HIGHTOWER | STACEY | | |
|---|---|---|---|
| Last Name | First Name | Middle Name | Suffix |

| 63 MILTON AVE | DORCHESTER | MA | 02124 | 617-823-0023 |
|---|---|---|---|---|
| Residential Address | City | State | Zip Code | Telephone Number |

| | | | | |
|---|---|---|---|---|
| Gun Club Address (If Applicable) | City | State | Zip Code | Telephone Number |

| 03/27/1965 | MASSACHUSETTS |
|---|---|
| Date of Birth | Place of Birth |

| KAY | MATCHETT | JOHNNIE | HIGHTOWER |
|---|---|---|---|
| Mother's First Name | Mother's Maiden Name | Father's First Name | Father's Last Name |

| 5' 05" | 160 lbs. | MEDIUM | MEDIUM BROWN | BROWN | BROWN |
|---|---|---|---|---|---|
| Height | Weight | Build | Complexion | Hair Color | Eye Color |

| BOSTON POLICE OFFICER | 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 | 010581001 |
|---|---|---|
| Occupation | Social Security Number (Optional) | Drivers License Number |

| | |
|---|---|
| Employed By | Business Address |

| | | | |
|---|---|---|---|
| City/Town | State | Zip | Telephone Number |

COB 000347

Form FA-25/26                                                                 Page - 1 of 3

## Please Answer the Following Questions Completely and Accurately

1. Are you a citizen of the United States? — Y

   If naturalized give date, place and naturalization number: _____ Date _____ Place _____ Naturalization No.

2. Have you ever used or been known by another name? — N

   If yes, provide name and explain: _____

3. What is your age? *You must be 21 years of age to apply for a License To Carry Firearms, 18 years of age to apply for a Firearms Identification Card, 15 years of age but less than 18 years of age with submission of a certificate of parent or guardian granting permission to apply for a Firearms Identification Card. — 43

4. Have you ever been convicted of a felony? — N

5. Have you ever been convicted of the unlawful use, possession, or sale of narcotic or harmful drugs as defined in M.G.L. c. 94C sec. 1? — N

6. Have you ever been convicted of a crime punishable by incarceration by more than one (1) year? — N

7. In any state or federal jurisdiction have you ever been convicted as an adult or adjudicated a youthful offender or delinquent child for the commission of (a) a felony; (b) a misdemeanor punishable by imprisonment for more than 2 years; (c) a violent crime as defined in MGL C140.s.121; (d) a violation of any law regulating the use, possession, ownership, sale, transfer, rental, receipt or transportation of weapons or ammunition for which a term of imprisonment may be imposed; or (e) a violation of any law regulating the use, possession or sale of controlled substances as defined in section 1 of MGL 94C? — N

8. Have you ever been confined to any hospital or institution for mental illness? — N

9. Are you or have you ever been under treatment for or confinement for drug addiction or habitual drunkenness? — N

10. Have you ever appeared in any court as a defendant for any criminal offense (excluding non-criminal traffic offenses)? — N

11. Are you now under any charge(s) for any offense(s) against the law? — N

12. Are you now or have you ever been the subject of a M.G.L. C209A restraining order or involved in a domestic violence charge? — N

13. Has any License to Carry Firearms, Permit to Possess Firearms, or Firearms Identification Card issued under the laws of any state or territory ever been suspended, revoked, or denied? — N

14. Are you currently the subject of any outstanding arrest warrant in any state or federal jurisdiction? — N

COB 000348

**If You Answered "YES" to any of the Questions 4-14, Give Details Which Must Include Dates, Circumstances and Location**

APPLICANT HAS A HIT ON HER BOP CHECK. APPLICAQNT STATES THAT IT WAS IN FACT HER SISTER WHO WAS USING HER CAR WHILE SHE WAS STATION IN KOREA IN THE UNITED STATES AIR FORCE. CASE WAS DISMISSED AGAINST SISTER.

Other than Massachusetts, in what state, territory or jurisdiction have you resided? None

Have you ever held a License to Carry in any other state, territory or jurisdiction?    N

If "YES", when, where and license number? _____ _____ _____
                                          Date Range      Place          License No.


**List the Name and Addresses of Two References**

1.  | LEE | FRANKIE | | |
    | Last Name | First Name | | |

    | 135 DUDLEY ST. | ROXBURY | MA | 02119 |
    | Address | City/Town | State | Zip |

2.  | MENCEY | ERIC | | |
    | Last Name | First Name | | |

    | 135 DUDLEY ST. | ROXBURY | MA | 02119 |
    | Address | City/Town | State | Zip |

Reason(s) for requesting the issuance of a card or license: ALL LAWFUL PURPOSES

*WARNING* Any person who knowingly files an application containing false information shall be punished by a fine of not less than $500 nor more than $1,000 or by imprisonment for not less than 6 months nor more than 2 years in a house of correction or by both such fine and imprisonment (MGL c. 140, §§ 129B(8) and 131(h)).

I declare the above facts are true and complete to the best of my knowledge and belief and I understand that any false answer (s) will be just cause for denial or revocation of my license to carry firearms.

Signed under the penalties of perjury this _____ day of _July_ _2008_
                                            day         month    year

Signature of Applicant: _____

COB 000349