IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| STACEY HIGHTOWER, ) | C.A. No. 08-CV-11955-DJC |
| ) | |
| Plaintiff, ) | PLAINTIFF'S RESPONSE TO |
| ) | DEFENDANTS' MOTION FOR |
| v. ) | LEAVE TO FILE A MEMORANDUM |
| ) | OF LAW IN EXCESS OF PAGE |
| CITY OF BOSTON, et al., ) | LIMITS |
| ) | |
| Defendants. ) | |

PLAINTIFF'S RESPONSE TO DEFENDANTS' MOTION FOR
LEAVE TO FILE A MEMORANDUM OF LAW IN EXCESS OF PAGE LIMITS

Defendants City of Boston and Edward Davis have moved for summary judgment, submitting a 35-page memorandum of law in support of their motion and in opposition to Plaintiffs' earlier motion. Defendants' motion is accompanied by Exhibits A through U, and a separate motion for leave to file the oversize brief.

Plaintiff does not oppose Defendants' request to file an oversize memorandum of law, provided that Plaintiff is afforded the same page limit, which may not necessarily be reached, in formulating her opposition due this coming Friday, May 6.

| | |
|---|---|
| Dated: May 2, 2011 | Respectfully submitted, |
| | |
| Chester Darling (BBO # 114320) | Alan Gura |
| 9 Mayflower Drive | Gura & Possessky, PLLC |
| Andover, MA 01810 | 101 N. Columbus Street, Suite 405 |
| 978.475.2520 | Alexandria, VA 22314 |
| Fax 978.475.1741 | 703.835.9085/Fax 703.997.7665 |
| | |
| By: /s/ Chester Darling | By: /s/ Alan Gura |
| Chester Darling | Alan Gura |
| | |
| | Attorneys for Plaintiff |

CERTIFICATE OF SERVICE

      I, Alan Gura, hereby certify that this document filed through the ECF system was served on all counsel of record.

Date: May 2, 2011            /s/ Alan Gura
                                           Alan Gura