# IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF MASSACHUSETTS

|  |  |
|---|---|
| STACEY HIGHTOWER, ) <br> ) <br> Plaintiff, ) <br> ) <br> v. ) <br> ) <br> CITY OF BOSTON, et al., ) <br> ) <br> Defendants. ) | C.A. No. 08-CV-11955-DJC |

### PLAINTIFF'S RESPONSE TO DEFENDANT COMMONWEALTH OF MASSACHUSETTS' SEPARATE STATEMENT OF FACTS

COMES NOW the Plaintiff, Stacey Hightower, by and through undersigned counsel, and submits her Response to Defendant Commonwealth of Massachusetts' Separate Statement of Facts.

| | |
|---|---|
| Dated: May 6, 2011 | Respectfully submitted, |
| Chester Darling (BBO # 114320) <br> 9 Mayflower Drive <br> Andover, MA 01810 <br> 978.475.2520 <br> Fax 978.475.1741 | Alan Gura <br> Gura & Possessky, PLLC <br> 101 N. Columbus Street, Suite 405 <br> Alexandria, VA 22314 <br> 703.835.9085/Fax 703.997.7665 |
| By:  /s/ Chester Darling <br>       Chester Darling | By:  /s/ Alan Gura <br>       Alan Gura |
| | Attorneys for Plaintiff |

PLAINTIFF'S RESPONSE TO DEFENDANT COMMONWEALTH OF MASSACHUSETTS
SEPARATE STATEMENT OF FACTS

1. Undisputed.

2. Undisputed.

3. Undisputed.

4. Undisputed that these reasons were offered for the revocation.

5. Undisputed.

6. Undisputed.

7. Undisputed.

8. Disputed. As phrased, the allegation may be interpreted as claiming that Hightower would only carry her firearm concealed. *But see* Def. Exh. G, p. 90, l. 24 - p. 91, l. 2 (Q: "You don't want your gun license if you can't carry it concealed? A: That's not necessarily true.")

9. Disputed. As phrased, the allegation may be interpreted as claiming that Hightower would only carry her firearm concealed. *But see* Def. Exh. G, p. 90, l. 24 - p. 91, l. 2 (Q: "You don't want your gun license if you can't carry it concealed? A: That's not necessarily true.")

10. Undisputed.

Dated: May 6, 2011                    Respectfully submitted,

Chester Darling (BBO # 114320)        Alan Gura
9 Mayflower Drive                     Gura & Possessky, PLLC
Andover, MA 01810                     101 N. Columbus Street, Suite 405
978.475.2520                          Alexandria, VA 22314
Fax 978.475.1741                      703.835.9085/Fax 703.997.7665

By:  /s/ Chester Darling              By:  /s/ Alan Gura
     Chester Darling                       Alan Gura

                                      Attorneys for Plaintiff

CERTIFICATE OF SERVICE

    I, Alan Gura, hereby certify that this document filed through the ECF system was served on all counsel of record.

Date: May 6, 2011                    /s/ Alan Gura
                                                  Alan Gura