**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF MASSACHUSETTS**

_____ )
STACEY HIGHTOWER,                        )   C.A. No. 08-CV-11955-DJC
                                         )
              Plaintiff,                 )   PLAINTIFF'S MOTION FOR LEAVE
                                         )   TO FILE A MEMORANDUM OF LAW
         v.                              )   IN EXCESS OF PAGE LIMITS
                                         )
CITY OF BOSTON, et al.,                  )
                                         )
              Defendants.                )
_____ )

PLAINTIFF'S MOTION FOR LEAVE TO FILE
A MEMORANDUM OF LAW IN EXCESS OF PAGE LIMITS

On May 3, 2011, the Court granted Defendants City of Boston and Edward Davis's

motion for leave to file a memorandum of law in excess of page limits.  Defendants had filed a

34-page motion, 14 pages over the usual limit. It now appears Plaintiff requires 4 additional

pages to respond adequately to the Defendants' motion.  Accordingly, Plaintiff respectfully

seeks leave to have filed her memorandum in opposition to Defendants' 34-page memorandum.

Plaintiff's memorandum is only 24 pages, with the 25th page comprising the signature block and

certificate of service.

WHEREFORE, respectfully, Plaintiff requests that the motion be granted.

Dated:  May 6, 2011                      Respectfully submitted,

Chester Darling (BBO # 114320)           Alan Gura
9 Mayflower Drive                        Gura & Possessky, PLLC
Andover, MA 01810                        101 N. Columbus Street, Suite 405
978.475.2520                             Alexandria, VA 22314
Fax 978.475.1741                         703.835.9085/Fax 703.997.7665

By:  /s/ Chester Darling_____     By:  /s/ Alan Gura_____
     Chester Darling                        Alan Gura
                                            Attorneys for Plaintiff

CERTIFICATE OF SERVICE

I, Alan Gura, hereby certify that this document filed through the ECF system was served on all counsel of record.

Date: May 6, 2011                    /s/ Alan Gura
                                     Alan Gura