UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

**STACEY HIGHTOWER**
        Plaintiff(s)

    v.                                    CIVIL ACTION NO. **08-11955-DJC**

**CITY OF BOSTON, ET AL**
        Defendant(s)

## JUDGMENT IN A CIVIL CASE

CASPER, D.J.

☐   **Jury Verdict.** This action came before the court for a trial by jury. The issues have been tried and the jury has rendered its verdict.

X   **Decision by the Court**. In accordance with the Memorandum and Order dated September 29, 2011;.

    **IT IS ORDERED AND ADJUDGED**

Judgment for the defendants, City of Boston, Edward Davis and the Commonwealth of Massachusetts.

Sarah A. Thornton, Clerk

Dated: 9/29/11                             /s/ Lisa M. Hourihan
                                                                         ( By ) Deputy Clerk

NOTE: The post judgment interest rate effective this date is _____%.

(judgciv.frm - 10/96)                                                                                                                            [jgm.]