IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| STACEY HIGHTOWER, | C.A. No. 08-CV-11955-DJC |
| Plaintiff, | |
| v. | |
| CITY OF BOSTON, et al., | |
| Defendants. | |

## NOTICE OF APPEAL

**NOTICE IS HEREBY GIVEN** that Stacey Hightower, plaintiff in the above named case, appeals to the United States Court of Appeals for the First Circuit from the order denying her motion for summary judgment and granting the defendants' motion for summary judgment, and from the final judgment entered in this case, on September 29, 2011.

Dated: October 26, 2011          Respectfully submitted,

Chester Darling (BBO # 114320)      Alan Gura
9 Mayflower Drive                   Gura & Possessky, PLLC
Andover, MA 01810                   101 N. Columbus Street, Suite 405
978.475.2520                        Alexandria, VA 22314
Fax 978.475.1741                    703.835.9085/Fax 703.997.7665

By:  /s/ Chester Darling            By:  /s/ Alan Gura
     Chester Darling                     Alan Gura

                                    Attorneys for Plaintiff

## CERTIFICATE OF SERVICE

I, Alan Gura, hereby certify that this document filed through the ECF system was served on all counsel of record.

Date: October 26, 2011          /s/ Alan Gura
                                Alan Gura