**UNITED STATES DISTRICT COURT**
**DISTRICT OF MASSACHUSETTS**

**CLERK'S CERTIFICATE AND APPEALS COVER SHEET**

**ABBREVIATED ELECTRONIC RECORD**

---

Case Caption: Stacey Hightower v. City of Boston, et al

District Court Number: 08-cv-11955

---

Fee: Paid? Yes **X** No ____ Government filer ____ *In Forma Pauperis* Yes ____ No **X**

---

Motions Pending    Yes ____ No **X**         Sealed documents    Yes ____ No **X**
*If yes, document #* _____            *If yes, document #* _____

*Ex parte* documents   Yes ____ No **X**     Transcripts         Yes **X** No ____
*If yes, document #* _____            *If yes, document #* 51

---

Notice of Appeal filed by: Plaintiff/Petitioner **X**   Defendant/Respondent ____   Other: ____

Appeal from:   #53 Memorandum and Order, #54 Judgment

Other information:

---

    I, Sarah Allison Thornton, Clerk of the United States District Court for the District of Massachusetts, do hereby certify that the annexed electronic documents:

  Notice of Appeal,   #53 Memorandum and Order, #54 Judgment

with the electronic docket sheet, constitute the abbreviated record on appeal in the above entitled case for the Notice of Appeal, document # 55, filed on 10/26/2011.

    In testimony whereof, I hereunto set my hand and affix the seal of this Court on 10/28/2011.

**SARAH ALLISON THORNTON**
Clerk of Court

/s/ Jeanette Ramos
Deputy Clerk

---

COURT OF APPEALS DOCKET NUMBER ASSIGNED: _____

**PLEASE RETURN TO THE USDC CLERK'S OFFICE**